AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
AUG 1 0 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| EDUARDO ROJAS, et.al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-17-CV-307-DAE |
| ELBIT SYSTEMS OF AMERICA, LLC, et.al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Court GRANTS Moving Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Original Complaint. (Dkt. # 14.) Plaintiffs' claims are DISMISSED WITH PREJUDICE. This case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Alan Ezra.

Date:  08/10/2017

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*